
Judge Pauley

10 CIV 3254

PREET BHARARA
United States Attorney for
the Southern District of New York
By: BARBARA A. WARD
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-1048

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :    VERIFIED COMPLAINT
                                    :
        -v.-                        :
                                    :    10 Civ.
$14,665 IN UNITED STATES CURRENCY,  :
                                    :
        Defendant-in-rem.           :
                                    :
- - - - - - - - - - - - - - - - - - x

RECEIVED APR 16 2010 U.S.D.C. S.D.N.Y. CASHIERS

Plaintiff United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, for its verified complaint alleges, upon information and belief, as follows:

I.  JURISDICTION AND VENUE

1.  This action is brought by the United States of America pursuant to Title 21 United States Code, Section 881(a)(6) seeking the forfeiture of $14,665 in United States currency (the "Defendant Currency").

2.  This Court has jurisdiction pursuant to Title 28, United States Code, Sections 1345 and 1355. Venue is proper under Title 28, United States Code, Section 1355(b)(1)(A) because acts and omissions giving rise to forfeiture took place in the Southern District of New York, and pursuant to Title 28, United

States Code, Section 1355(b)(1)(B) and 1395(b) because the Defendant Currency was found and seized in the Southern District of New York.

3.   The Defendant Currency is presently on deposit in the United States Marshals Service Seized Assets Deposit Account.

II.   PROBABLE CAUSE FOR FORFEITURE

4.   On or about August 22, 2009, members of the New York City Police Department (the "NYPD") were conducting surveillance in the area of Park Avenue and East 106th Street in New York City, an area known to the police for narcotics trafficking.

5.   In the course of the surveillance, NYPD officers overheard the following transmission from a Nextel radio in the possession of an individual subsequently identified as Jason Rodriguez ("RODRIGUEZ"):  "I have the nine, bring the bread.  If you don't like it, I'll give you back the bread."

6.   As a result of observations made during the surveillance by NYPD officers, the police stopped several individuals for suspected narcotics sales, including RODRIGUEZ.

7.   The police found the Defendant Currency on RODRIGUEZ's person.  RODRIGUEZ was brought to an NYPD Station House for questioning.

8.   At the NYPD Station House, RODRIGUEZ made conflicting statements regarding the Defendant Currency.  He

first stated that he was using the Defendant Currency to purchase a van, but then said that he was using the Defendant Currency to purchase clothes. RODRIGUEZ was unable to provide any documentation that would show he had obtained the Defendant Currency legally.

9. The Defendant Currency consisted of 26 one-hundred dollar bills, 15 fifty-dollar bills, 472 twenty-dollar bills, 162 ten-dollar bills, 46 five-dollar bills, and 25 one-dollar bills.

### III. CLAIM FOR FORFEITURE

10. Incorporated herein are the allegations contained in paragraphs one through nine of this Complaint.

11. Pursuant to Title 21, United States Code, Section 881(a)(6), all moneys furnished or intended to be furnished in exchange for a controlled substance, all proceeds traceable to such exchanges, and all moneys used or intended to be used to facilitate a controlled substance offense, in violation of Title 21 of the United States Code, are subject to seizure and forfeiture to the United States, and no property right exists in such monies or proceeds.

12. The Defendant Currency is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6) because there is probable cause to believe that it constitutes moneys intended to be furnished in exchange for a controlled substance, and/or proceeds traceable to such exchanges, and/or

moneys used or intended to be used to facilitate such exchanges, in violation of Title 21 of the United States Code.

13. By reason of the above, the Defendant Currency became, and is, subject to forfeiture to the United States of America, pursuant to Title 21, United States Code, Section 881(a)(6).

WHEREFORE, plaintiff United States of America prays that process issue to enforce the forfeiture of the Defendant Currency and that all persons having an interest in the Defendant Currency be cited to appear and show cause why the forfeiture should not be decreed, and that this Court decree forfeiture of the Defendant Currency to the United States of America for disposition according to law, and that this Court grant plaintiff such further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: New York, New York
April 16, 2010

> PREET BHARARA
> United States Attorney for
> the Southern District of New York
> Attorney for the Plaintiff
> United States of America
>
> By: *Barbara Ward* (signature)
> BARBARA A. WARD
> Assistant United States Attorney
> One St. Andrew's Plaza
> New York, New York 10007
> Telephone: (212) 637-1048

VERIFICATION

STATE OF NEW YORK            )
COUNTY OF NEW YORK           :
SOUTHERN DISTRICT OF NEW YORK )

Dana Coppersmith, being duly sworn, deposes and says that she is a Detective with the New York City Police Department, and as such has responsibility for the within action; that she has read the foregoing complaint and knows the contents thereof, and that the same is true to the best of her own knowledge, information and belief.

The sources of deponent's information and the ground of her belief are conversations with other law enforcement officers and others, official records and files of the New York City Police Department, the State of New York, and the United States Government, and information obtained directly by deponent during an investigation of alleged violations of Title 21, United States Code.

_____
DANA COPPERSMITH
Detective
New York City Police Department

Sworn to before me this
16th day of April, 2010

_____
NOTARY PUBLIC

VIVIANA SERRANO
Notary Public, State of New York
No. 01SE6092363
Qualified in Bronx County
Commission Expires May 19, 20 12