UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                    VERIFIED ANSWER

               Plaintiff,                10 CIV 3254

   -v.-

$14,665 IN UNITED STATES CURRENCY,

               Defendant-in-rem.
------------------------------------------------------------------x

      Claimant JASON RODRIGUEZ, by his attorney Ian Niles, Esq., as and for its answer to the verified complaint herein, alleges, upon information and belief as follows:

1. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "1" of the Verified Complaint and refers all questions of law to this Honorable Court.

2. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "2" of the Verified Complaint and refers all questions of law to this Honorable Court.

3. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "3" of the Verified Complaint.

4. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "4" of the Verified Complaint.

5. Defendants denies the allegations contained in the paragraph designated "5"" of the Verified Complaint.

6. Defendants denies the allegations contained in the paragraph designated "7" of the Verified

Complaint.

7. Defendants denies the allegations contained in the paragraph designated "8" of the Verified Complaint.

8. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "9" of the Verified Complaint.

9. Claimant JASON RODRIGUEZ repeats and reiterates each and every admission and denial to the allegations set forth in paragraphs numbered "1" through "9", inclusive of the Complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph numbered "10" of the complaint.

10. Defendants denies the allegations contained in the paragraph designated "11" of the Verified Complaint and refers all questions of law to this Honorable Court.

11. Defendants denies the allegations contained in the paragraph designated "12" of the Verified Complaint and refers all questions of law to this Honorable Court.

12. Defendants denies the allegations contained in the paragraph designated "13" of the Verified Complaint and refers all questions of law to this Honorable Court.

**WHEREFORE,** Claimant, JASON RODRIGUEZ, by his attorneys, THE LAW OFFICES OF IAN A. NILES, P.C., demands judgment dismissing plaintiff's Verified Complaint, together with costs and disbursements, and for such other relief that this Honorable Court deems just and proper.

Dated:   New York, New York
         June 10, 2010

Yours, etc.

THE LAW OFFICES OF IAN A. NILES, P.C.

BY: _____

                                            IAN A. NILES  
                                            Attorneys for Claimant  
                                            JASON RODRIGUEZ  
                                            145 Hudson Street - 5C  
                                            New York, New York 10013  
                                            (212) 307-0023

TO:    Preet Bharara  
          United States Attorney for  
          the Southern District of New York  
          Attorney for the Plaintiff  
          UNITED STATES OF AMERICA  
          One St. Andrew's Plaza  
          New York, New York 10007  
          (212) 637-1048